John P. Conti et al., appellees, v. Joseph Hoeller, trading as Western Monument Works, appellant. Gen. No. 28,141.

Motion to vacate judgment by default for alleged balance due on purchase of two monuments. Motion overruled. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923.

J. J. Moser, for appellant. Edward L. England, for appellees; George J. Kearns, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Prudential Insurance Company of America v. Marie Daiger, administratrix, appellee, on appeal of J. Arthur Swenson, appellant. Gen. No. 28,151.

Action on life insurance policy. Intervening petition by assignee of policy. Interpleader by insurance company allowed. Judgment for administratrix. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923.

Robert M. Pierson, for appellant. Norman A. Beck, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Lillie S. Farleigh, appellee, v. City of Chicago, appellant. Gen. No. 28,160.

Personal injury suit for suffering street to be in unsafe repair, whereby plaintiff fell into excavation. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923.

Samuel A. Ettelson and William H. Devenish, for appellant; Charles M. McDonnell and Cora B. Hirtzel, of counsel. Frank M. Padden and John E. Crahen, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Chicago Title & Trust Company, trustee, appellant, v. J. T. Cowles, appellee. Gen. No. 28,167.

Statement of claim on agreement to pay $1,000 in consideration of mutual promises. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded. Opinion filed April 24, 1923.

P. B. Flanagan, for appellant. Campbell & Fisher, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.